THE STATE OF OHIO, APPELLEE, *v*. JACKSON, APPELLANT.

[Cite as *State v. Jackson,* 124 Ohio St.3d 117, 2009-Ohio-6541.]

(No. 2009–0239—Submitted September 30, 2009—Decided December 17, 2009.)

———————

Julia R. Bates, Lucas County Prosecuting Attorney, and Evy M. Jarrett, Assistant Prosecuting Attorney, for appellee.

John B. Jackson, pro se.

THE STATE OF OHIO, APPELLEE, *v.* LUCAS, APPELLANT.

[Cite as *State v. Lucas,* **124 Ohio St.3d 118, 2009-Ohio-6545.**]

(No. 2009–0362—Submitted September 30, 2009—Decided December 17, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.